**UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA**

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s):   Media Insight Group, Inc. , ; George Alvarez , ; | **Defendant**(s): Whitecap Bay Investments, B.V. , ; |
| County of Residence: Outside the State of Arizona | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Larry A. Dunn ,**<br>Denton Peterson Dunn<br>1930 N. Arboleda Rd., Ste. 200<br>Mesa, AZ  85213<br>480-325-9900<br>**James S. Robertson ,**<br><br>7701 Southwest 51st Ave.<br>Miami, FL  33143 | **Lisa N. Neal ,**<br>Rutan & Tucker, LLP<br>18575 Jamboree Road, 9th Flr.<br>Irvine, CA  92612<br>714-641-5100 |

**IFP REQUESTED**

**REMOVAL FROM Maricopa COUNTY, CASE #CV2023-093086**

| | |
|---|---|
| <u>II. Basis of Jurisdiction</u>: | **3. Federal Question (U.S. not a party)** |
| <u>III. Citizenship of Principal Parties</u>**(Diversity Cases Only)** | |
| Plaintiff:- | N/A |
| Defendant:- | N/A |
| <u>IV. Origin</u> : | **2. Removed From State Court** |
| <u>V. Nature of Suit</u>: | **840 Trademark** |
| <u>VI.Cause of Action</u>: | **15 U.S.C. section 1114(2)(D)(v) Domain registration dispute contesting UDRP decision** |
| <u>VII. Requested in Complaint</u> | |
| Class Action: | No |
| Dollar Demand: | N/A |
| Jury Demand: | Yes |
| <u>VIII. This case</u> **is not related** to another case. | |

**Signature:** <u>Lisa N. Neal</u>

**Date:** 10/20/23

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014

# SUPPLEMENTAL CIVIL COVER SHEET
## FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1. **Style of the Case:**
   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Media Insight Group, Inc. a Florida Corporation, and George Alvarez, an individual | Plaintiffs | Larry A. Dunn (Bar No. 026231)<br>DENTON PETERSON DUNN, PLLC,<br>1930 N Arboleda #200, Mesa, AZ 85213<br>Tel.: 480-660-0879<br>James S. Robertson, Esq., (FL Bar No.: 299881)<br>7701 Southwest 51st Avenue, Miami, Florida 33143<br>Tel.: 305-794-8187 |
| Whitecap Bay Investments, B.V., a foreign corporation | Defendant | Lisa N. Neal (Cal. Bar No. 205465)<br>(Pro hac vice application pending)<br>Sarah Van Buiten (Cal. Bar No. 324665)<br>(Pro hac vice application pending)<br>RUTAN & TUCKER, LLP<br>18575 Jamboree Road, 9th Floor, Irvine, CA 92612<br>Tel. 714-641-5100 |
|  |  |  |

2. **Jury Demand:**
   Was a Jury Demand made in another jurisdiction?    Yes (●)    No ( )
   If "Yes," by which party and on what date?
   Plaintiffs                                                                                           07/03/2023

3. **Answer:**
   Was an Answer made in another jurisdiction?    Yes ( )    No (●)
   If "Yes," by which party and on what date?

4. **Served Parties:**
   The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

5. **Unserved Parties:**
   The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| Whitecap Bay Investments, B.V. | Unknown |
|  |  |
|  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**
   Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
|  |  |
|  |  |
|  |  |

7. **Claims of the Parties:**
   The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiffs | (1) Trial de novo; and (2) declaratory relief |
|  |  |
|  |  |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**