James S Robertson, III
 (admitted pro hac vice)
7701 SW 51 Ave
7701 Southwest 51st Ave.
Miami, FL 33143
305-794-8187
Email: jrobertson3d@gmail.com

Larry A. Dunn (No. 026231)
DENTON PETERSON DUNN, PLLC
1930 N. Arboleda Road, Suite 200
Mesa, Arizona 85213
Telephone:  480-325-9900
Facsimile:  480-325-9901
Email: Larry@DentonPeterson.com

Attorneys for Plaintiffs and Counter-Defendants

Lisa N. Neal (Calif. State Bar No. 205465)
 (admitted *pro hac vice*)
Sarah Van Buiten (Calif. State Bar No. 324665)
 (admitted *pro hac vice*)
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Telephone:  714-641-5100
Facsimile:  714-546-9035
Email:  lneal@rutan.com
        svanbuiten@rutan.com

Hani Z. Sayed (Ariz. State Bar No. 034461)
hsayed@rutan.com
RUTAN & TUCKER, LLP
16427 N. Scottsdale Road, Suite 260
Scottsdale, Arizona 85254
Telephone:  714-641-5100

Attorneys for Defendant and Counterclaimant
Whitecap Bay Investments B.V.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Media Insight Group, Inc. a Florida Corporation, and George Alvarez, an individual,<br><br>        Plaintiffs,<br><br>vs.<br><br>Whitecap Bay Investments B.V., a foreign | Case No. 2:23-cv-02180-PHX-MTL<br><br>Hon. Michael T. Liburdi<br>Referred to: Judge Deborah M. Fine<br><br>**JOINT NOTICE OF SETTLEMENT** |

|  |
|---|
| corporation.<br><br>          Defendant |
| Whitecap Bay Investments B.V., a foreign corporation,<br><br>          Counterclaimant,<br><br>vs.<br><br>Media Insight Group, Inc., a Florida Corporation, and George Alvarez, an individual,<br><br>          Counter-Defendants. |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs and Counter-Defendants Media Insight Group, Inc. ("Media Insight") and George Alvarez ("Alvarez"; with Media Insight, "Plaintiffs"), and Defendant and Counterclaimant Whitecap Bay Investments B.V. ("Whitecap"; with Plaintiffs, the "Parties") have reached an agreement to settle all claims asserted in this lawsuit. Pursuant to the settlement agreement, the Parties have agreed to a stipulated injunction, which is being filed concurrently herewith. A stipulation of dismissal, each side to bear its own costs, will be filed within thirty days. For avoidance of doubt, the Parties reserve their right to reopen this case in the event of any violation of its obligations under the settlement agreement and/or injunction.

Dated:  October 7, 2024                    RUTAN & TUCKER, LLP

                                                  By: _/s/ Lisa N. Neal_____
                                                        Lisa N. Neal
                                                        Attorneys for Defendant and
                                                        Counterclaimant
                                                        Whitecap Bay Investments B.V.

Dated: September 30, 2024         By: _____
                                      James S. Robertson, III
                                      Attorneys for Plaintiffs and Counter-
                                      Defendants Media Insight Group, Inc.
                                      and George Alvarez