# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Media Insight Group Incorporated, et al., <br> Plaintiffs, <br> v. <br> Whitecap Bay Investments B.V., <br> Defendant. | No. CV-23-02180-PHX-MTL <br><br> **PERMANENT INJUNCTION** |

Having considered the Parties' Stipulation for Permanent Injunction, and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 63.)

**IT IS FURTHER ORDERED** that the Parties shall file their joint stipulation to dismiss no later than **December 2, 2024**. If the Parties' settlement agreement is not finalized by then, they shall file a joint status report informing the Court of their settlement closure efforts.

**IT IS FINALLY ORDERED** that the following provisions shall be enforced:

1. Plaintiffs and Counter-Defendants Media Insight Group, Inc. and George Alvarez ("Plaintiffs") and their partners, agents, servants, employees, confederates, successors, assigns, and all persons acting for, with, by, through, or under them, and any others within their control or supervision, and all others in active concert or participation with them, including Vacation Tours, Inc. dba Vacation Store, are hereby restrained and enjoined from:

a.     Using for any commercial purpose any of the trademarks associated with The Excellence Collection ("TEC") Group, including the trademarks owned by Whitecap Bay Investments B.V. ("Whitecap") and any trademark confusingly similar thereto in connection with hotel and travel services;

b.     Using any photographs of TEC Group, for which Whitecap and its affiliates own the copyrights;

c.     Using any false designation of origin or false trade description, which can or is likely to lead consumers to erroneously believe that any service, item, or thing has been licensed, sponsored, approved, or authorized by or for Whitecap, when such is not true in fact.

2.     The registrar, GoDaddy.com, LLC shall release the registrar lock on the domains implicated in the UDRP Proceeding and transfer said domains to Whitecap. For avoidance of doubt, the domains implicated in the UDRP Proceeding are:

a.     <belovedplayamujeresresort.com>,

b.     <excellenceelcarmenpuntacana.com>,

c.     <excellenceoysterbayresort.com>,

d.     <finestresortplayamujeres.com>, and

e.     <finestresortpuntacana.com>.

3.     Plaintiffs shall transfer to Whitecap the remaining domains at-issue in this lawsuit, namely:

a.     <excellencerivieracancunresort.com>,

b.     <excellencepuntacanaresort.com>, and

c.     <excellenceplayamujeresresort.com>.

4.     For avoidance of doubt, this does not prevent Plaintiffs and their affiliates from using any geographic identifiers, provided that the geographic identifier is not accompanied by any trademark owned by Whitecap and/or associated with TEC Group (i.e. Beloved, Finest, or Excellence).

. . . .

5. The Court shall retain jurisdiction over this matter after the dismissal of the action for the purpose of enforcing the Parties' Settlement Agreement and this Injunction.

Dated this 31st day of October, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge